# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

JERMAINE S. EWING,             )
                               )
            Plaintiff,         )
                               )
       v.                      )          No. 1:13CV17 LMB
                               )
IAN WALLACE, et al.,           )
                               )
            Defendants.        )

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, plaintiff's claims in her amended complaint against any and all of the named defendants in their official capacities are **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that, as to defendants George Lombardi, Dave Dormire, Dwayne Kemper, Ian Wallace, William Stange, Terry Vandergriff, Unknown Hopkins, R. Lincoln, Cynthia Reese, John Derring, Stephanie Kastings-Novack, Ruth Taylor, Amanda Gibson, Dana Nix-Deagan, Michael Hakala, Unknown Regional Medical Director of Corizon, Inc., Unknown Senior Regional Vice President of Corizon, Inc., Cheryl Dowdy-Thompson, Unknown Inspector General, Unknown Regional Investigator Manager, Mississippi County Sheriff's Department,

and Omar Clark, the amended complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

  **IT IS FURTHER ORDERED** that an appeal of this Order of Partial Dismissal would not be taken in good faith.

  Dated this <u>6th</u> day of February, 2014.

                 _____
                 STEPHEN N. LIMBAUGH, JR.
                 UNITED STATES DISTRICT JUDGE