**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JERMAINE S. EWING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13CV71 SNLJ |
| | ) | |
| LESLIE TYLER, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

In light of defense counsel's response to the Court's May 16, 2014 Memorandum and Order, the Court will order the Clerk to effectuate service of process, by summons, on defendant Brian Robinson at the address provided by defense counsel in Docket No. 43. As plaintiff is proceeding in forma pauperis in this matter, service shall be provided by the United States Marshals Service.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall serve process on defendant Brian Robinson, through the United States Marshals Service, at the address provided by defense counsel in Docket No. 43.

Dated this 13th day of June, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE