UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JERMAINE S. EWING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13CV71 SNLJ |
| | ) | |
| LESLIE TYLER, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Plaintiff, an inmate currently incarcerated at Missouri Eastern Correctional Center ("MECC"), brought the instant action pursuant to 42 U.S.C. § 1983 against defendants Leslie Tyler, Tina Boyet and Unknown Robinson for alleged injuries he received while he was incarcerated at Southeastern Correctional Center ("SECC"). Defendants are all correctional officers at that facility. Plaintiff filed a motion for "Joinder of Persons Needed for Just Adjudication" on July 9, 2014. (#48.) Plaintiff seeks to add certain defendants to his case pursuant to Federal Rule of Civil Procedure 19. However, it appears plaintiff seeks to "join" as defendants a number of individuals whom he originally named as defendants in his earlier complaint. On February 6, 2014, the Court ordered that the Clerk not serve process on those individuals because claims against them were legally frivolous and/or plaintiff failed to state a claim against them (#29). Plaintiff's latest attempt to join them to this matter, which relies on Missouri statutes and Missouri Department of Corrections protocols, is flawed for the same reasons that were provided in this Courts February 6, 2014 Order (#29).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to join parties (#48) is **DENIED**.

Dated this 29th day of July, 2014.

                                              STEPHEN N. LIMBAUGH, JR.
                                              UNITED STATES DISTRICT JUDGE